951 A.2d 1037

STATE OF NEW JERSEY, PLAINTIFF RESPONDENT,
v. JEFFREY BIBBS, DEFENDANT–PETITIONER.

June 12, 2008.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

951 A.2d 1037

RICHARD UPDEGROVE, PETITIONER–RESPONDENT,
v. PEERLESS TUBE COMPANY, DEFENDANT–
PETITIONER.

June 26, 2008.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for consideration in light of *Cruz v. Central Jersey Landscaping*, 195 *N.J.* 33, 947 *A.*2d 1228 (2008).